Robert E. Schroth Jr. Esq., SBN 212936
2044 First Ave., Ste. 200
San Diego, CA. 92101
(619) 233-7521

Attorney for Material Witness, Rodrigo DE LA CRUZ-Osorio

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.: 07 CR 0781-BTM |
| Plaintiff, | Magistrate Case No.:  07 MG 8188 |
| vs. | **ORDER RELEASING MATERIAL WITNESS** |
| DIEGO TINOCO-QUINONES (1), RAUL GOMEZ-ONTIVEROS (2), | |
| Defendants. | |

On application of ROBERT E. SCHROTH, JR., attorney for the named material witness, RODRIGO DE LA CRUZ-OSORIO, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above-named witness heretofore committed to the custody of the United States Marshal as material witness be released as material witness.  The material witness will be remanded to the Department of Homeland Security and returned to his country of origin immediately, as the videotaped deposition has been completed.

Dated: May 11, 2007

Hon. J. Barry T. Moskowitz,
UNITED STATES DISTRICT COURT JUDGE