UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR0781-BTM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE HEARING |
| DIEGO TINOCO-QUINONES (1), | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that, good cause having been shown, the motions hearing currently scheduled for July 6, 2007 at 1:30 p.m. in the above-entitled action is continued to **August 3, 2007 at 1:30 p.m.**

DATED: July 2, 2007

Hon. BARRY TED MOSKOWITZ
United States District Judge